IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

    Plaintiff,

v.

SACRAMENTO HOUSING & REDEVELOPMENT; and REGINA ROGERS,

    Defendants.

_____ /

No. 2:10-cv-01258 MCE KJN PS

ORDER

        Plaintiff, who appears to be proceeding without counsel,[1] has not paid the fee ordinarily required to file an action in this court. See 28 U.S.C. § 1914(a). She has filed an incomplete application to proceed without the prepayment of fees and costs, also known as an application to proceed "in forma pauperis" (Dkt. No. 2). See 28 U.S.C. § 1915(a). First, plaintiff's application indicates that plaintiff receives money from the following sources: (1) "Rent payments, interest or dividends"; (2) "Pensions, annuities or life insurance payments"; (3) "Disability or workers compensation payments"; (4) "Gifts or inheritances"; and (5) "Any

---

[1] Although plaintiff's complaint indicates that she is proceeding without counsel, plaintiff filed a Civil Cover Sheet that lists her attorney as "Mixon Law Attorney," but provides no address or telephone for this attorney or law firm (Compare Dkt. No. 1 at 1, with Dkt. No. 1, Doc. No. 1-2).

1

1  other sources." (Dkt. No. 2 at 1.) Plaintiff's application is incomplete, however, because it does
2  not describe: (a) each source of money, (b) the amount of money received, and (c) the amount of
3  money plaintiff expects to continue to receive. Second, plaintiff has not responded to any of the
4  questions on the second page of the application. For example, she has not indicated whether she
5  has "any cash or checking or savings accounts" and, if so, the total amount of cash or money in
6  her accounts. Likewise, she does not state whether she owns "any real estate, stocks, bonds,
7  securities, other financial instruments, automobiles or any other thing of value." Finally, plaintiff
8  did not sign or date her application to proceed in forma pauperis.

9       Without a completed application, the court is unable to properly evaluate whether
10 plaintiff should be granted leave to proceed in forma pauperis. Plaintiff will be provided with an
11 opportunity to submit either (1) a completed application to proceed in forma pauperis, or (2) the
12 appropriate filing fee.

13      For the reasons stated above, IT IS HEREBY ORDERED that:

14      1.   Plaintiff shall submit, within twenty (21) days of the date of this order,
15 either a completed application in support of her request to proceed in forma pauperis on the form
16 provided by the Clerk of Court, or the appropriate filing fee. Plaintiff's failure to comply with
17 this order will result in a recommendation that her application to proceed in forma pauperis be
18 denied.

19      2. The Clerk of the Court is directed to send to plaintiff a new Application to
20 Proceed Without Prepayment of Fees and Affidavit.

21 DATED: May 25, 2010

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2