IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKA ALFARO, | No. 2:10-cv-01258-MCE-KJN-PS |
| Plaintiff, | |
| vs. | ORDER |
| SACRAMENTO HOUSING & REDEVELOPMENT; and REGINA ROGERS, | |
| Defendant. / | |

On June 21, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed. However, plaintiff filed a document on July 19, 2010, which simply re-submitted the magistrate judge's findings and recommendations to the court, with no additional information. Additionally, on July 27, 2010, plaintiff filed a new motion to proceed in forma pauperis that does not materially correct any of the deficiencies of the previous application, along with a document captioned "complaint" that simply appends this court's order dated May 25, 2010.

///

1

No objections having been filed, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed June 21, 2010, are ADOPTED;

2. Plaintiff's application to proceed in forma pauperis is denied; and

3. Plaintiff shall pay the initial filing fee of $350.00 within twenty-one days from the date of this order. If plaintiff fails to pay the fee within this specified time, the clerk of court is directed to close this file.

Dated: August 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE